JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. CV11-03696 WDK(FMOx) |
| Plaintiff, | JUDGMENT |
| v. | |
| PRISCILLA CHRISTINA JARAMILLO, et al., | |
| Defendant. | |

Plaintiff accepts defendant's Rule 68 Offer of Judgment.

Plaintiff J & J Sports Productions, Inc. is awarded final judgment against the defendant's Priscilla Christina Jaramillo, an individual d/b/a Café on 2nd shall pay the plaintiff, J & J Sports Productions, Inc. in the amount of five

//

//

//

thousand and one dollar ($5,001.00).

IT IS SO ORDERED.

Dated: December 3, 2012

_____
William Keller
United States District Judge