JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No. CV11-03696 WDK(FMOx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **PRISCILLA CHRISTINA JARAMILLO, et al.,** | |
| Defendant. | |

Plaintiff accepts defendant's Rule 68 Offer of Judgment.

Plaintiff J & J Sports Productions, Inc. is awarded final judgment against the defendant's Priscilla Christina Jaramillo, an individual d/b/a Café on 2nd shall pay the plaintiff, J & J Sports Productions, Inc. in the amount of five

//

//

//

1  thousand  and one dollar ($5,001.00).

2

3       IT IS SO ORDERED.

4

5  Dated: December 3, 2012

6

7

8       William Keller
        United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28